IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN WILLIAMS, | : Civil No. 3:19-cv-0070 |
| Petitioner | : (Judge Mariani) |
| v. | : |
| ERIC TICE, | : |
| Respondent | : |

## ORDER

AND NOW, this 22nd day of March, 2022, upon consideration of Petitioner's motion to lift the stay in the above captioned action (Doc. 16) and his subsequent motion to continue the stay based upon on new case law he is pursuing in a newly filed PCRA petition in state court (Doc. 17), **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to continue the stay granted on July 31, 2019 (*see* Doc. 15) in the above captioned action (Doc. 17) is **GRANTED**. The above captioned action remains **STAYED**.

2. Petitioner's motion to lift the stay (Doc. 16) is **DISMISSED** as moot.

Robert D. Mariani
United States District Judge