IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN WILLIAMS, JR., | : | Civil No. 3:19-cv-70 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| ERIC TICE, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this ___7th___ day of June, 2024, upon consideration of Petitioner's motion (Doc. 28) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 28) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge